# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**JESSE GREENBERG,**

Plaintiff**,**

vs.

**CITY AND COUNTY OF SAN FRANCISCO,**

Defendant**.**

CASE NO. 19-cv-00490-YGR

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND MOTION TO AMEND COMPLAINT**

Re: Dkt. Nos. 12, 13

Plaintiff Jesse Greenberg has filed two motions currently pending before the Court: a motion to extent the time for him to respond to defendants' pending motion to dismiss, and a motion to amend his complaint. (Dkt. No. 12, 13.) Defendants have filed statements of non-opposition to the motions. (Dkt. Nos. 19, 20.) The Court therefore **GRANTS** the motions. Plaintiff Jesse Greenberg shall file his amended complaint no later than **April 16, 2019**. The pending motion to dismiss will be deemed moot upon filing of the amended complaint, and plaintiff will not be required to file any response to the motion to dismiss (Dkt. No. 7).

This terminates Docket Nos. 12 and 13.

**IT IS SO ORDERED.**

Dated: March 6, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**