# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE GREENBERG,**<br>Plaintiff,<br>vs.<br>**CITY AND COUNTY OF SAN FRANCISCO,**<br>Defendant. | CASE NO. 19-cv-00490-YGR<br><br>**ORDER DEEMING FILING SECOND AMENDED COMPLAINT; DENYING MOTION TO DISMISS AS MOOT; AND DENYING MOTION FOR EXTENSION AS MOOT**<br><br>Dkt. Nos. 8, 26 |

This Court previously granted the request for extension filed by plaintiff Jesse Greenberg, and ordered that he file his amended complaint no later than April 16, 2019. (Dkt. No. 21.) On April 19, 2019, this Court received plaintiff's motion for extension of time and his "Complaint and Request for Injunction." (Dkt. Nos. 26 and 27, respectively.)

Docket Number 27 is deemed plaintiff's Second Amended Complaint, and the Clerk is directed to correct the docket entry to reflect that the received document is a Second Amended Complaint.

In light of the filing of the Second Amended Complaint, the Court **DENIES** the pending motion of defendant City and County of San Francisco to dismiss as **MOOT**. (Dkt. No. 8.) Plaintiff's new request for extension of time (Dkt. No. 26) is likewise **DENIED AS MOOT**.

The arguments raised in defendant's opposition to the motion for extension of time (Dkt. No. 28) may be raised in its response to the Second Amended Complaint. Defendant shall file its response no later than **May 14, 2019**.

**IT IS SO ORDERED.**

Dated: April 24, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**