# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE GREENBERG,**<br>Plaintiff**,**<br>vs.<br>**CITY AND COUNTY OF SAN FRANCISCO,**<br>Defendant**.** | CASE NO. 19-cv-00490-YGR<br>**ORDER VACATING JUNE 4, 2019 HEARING AND EXTENDING PLAINTIFF'S TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS**<br>Dkt. No. 30 |

This Court previously granted the request of plaintiff Jesse Greenberg to file a Second Amended Complaint and allowed defendant until May 14, 2019, to file a response. (Dkt. No. 29.) Defendant acted more quickly and on April 26, 2019 filed a motion to dismiss. (Dkt. No. 30.) The hearing on the motion to dismiss is currently scheduled for June 4, 2019. Under this Court's Civil Local Rule 7-3(a), plaintiff was required to file either a brief opposing the motion to dismiss this lawsuit, or a notice that plaintiff does not oppose dismissal by no later than May 10, 2019.[1] As of the date of this Order, plaintiff has not filed any response to the motion. The Court hereby **VACATES** the June 4, 2019 hearing, to be reset if necessary.

Affording that plaintiff may not have realized when his opposition was due, the Court hereby extends plaintiff's time to file an opposition. **Plaintiff Jesse Greenberg shall file an opposition to the Motion to Dismiss no later than May 28, 2019.** The Court observes that plaintiff has been given multiple opportunities to identify a claim against the defendants. Thus far, plaintiff has failed to do so. **Failure of plaintiff to file an opposition by that date will result in dismissal of this lawsuit either substantively and with prejudice, or for failure to prosecute.**

Defendant's reply to any opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

---

[1] The Court's Civil Local Rules may be accessed for free at: http://cand.uscourts.gov/localrules/civil.

The Court advises plaintiff that the District Court has produced a guide for self-represented/*pro se* litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial. It is available electronically online (*http://cand.uscourts.gov/prosehandbook*) or in hard copy, free of charge, from the Clerk's Office.

The Court also advises plaintiff that assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases. There is no charge for this service. To make an appointment with the Legal Help Center, you may: (1) sign up in person on the appointment book outside the Legal Help Center offices at the San Francisco Courthouse (15th Floor, Room 2796) or Oakland Courthouse (Room 470S); (2) call 415-782-8982; or (3) email federalprobonoproject@sfbar.org. The Help Center's website is available at *https://cand.uscourts.gov/legal-help*.

**IT IS SO ORDERED.**

Dated: May 15, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**