# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE GREENBERG,**<br>Plaintiff**,**<br>vs.<br>**CITY AND COUNTY OF SAN FRANCISCO,**<br>Defendant**.** | CASE NO. 19-cv-00490-YGR<br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br>Dkt. No. 34 |

This Court previously granted the request of plaintiff Jesse Greenberg to file a Second Amended Complaint and allowed defendant until May 14, 2019, to file a response. (Dkt. No. 29.) Defendants filed their motion to dismiss on April 26, 2019. (Dkt. No. 30.) Plaintiff Jesse Greenberg was required to file a response by May 10, 2019. When plaintiff failed to do so, the Court, on its own motion, extended his time to respond to May 28, 2019, by Order issued May 15, 2019. (Dkt. No. 33.)

On May 17, 2019, the Court received plaintiff's motion for extension of time, postmarked May 15, 2019. (Dkt. No. 34.) Therein, plaintiff states good cause for an extension of time to respond to the motion to dismiss. The Court has reviewed defendants' opposition to the request for extension, and their arguments are noted.

The Court **ORDERS** that plaintiff Jesse Greenberg shall file his response to the motion to dismiss **postmarked no later than June 14, 2019**. No additional extensions of time to respond to the motion dismiss will be granted absent extraordinary circumstances.

The Court again observes that plaintiff has been given multiple opportunities to identify a claim against the defendants and has failed to do so. **Failure of plaintiff to submit an opposition postmarked no later than June 14, 2019, will result in dismissal of this lawsuit either substantively and with prejudice, or for failure to prosecute.**

Defendant's reply to any opposition must be served and filed not more than 7 days after

the opposition is served and filed.  Civ. L.R. 7-3(c).

The Court again advises plaintiff that he may seek free assistance through the Court's Legal Help Center.  Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance.  The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases.  There is no charge for this service.  To make an appointment with the Legal Help Center, one may: (1) sign up in person on the appointment book outside the Legal Help Center offices at the San Francisco Courthouse (15th Floor, Room 2796) or Oakland Courthouse (Room 470S); (2) call 415-782-8982; or (3) email federalprobonoproject@sfbar.org.  The Help Center's website is available at https://cand.uscourts.gov/legal-help.

**IT IS SO ORDERED.**

Dated: May 24, 2019

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE